IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULLAH MOHAMMAD, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SRI HARTIMAA INC. and SHER BHDUR KARKI,<br><br>Defendants. | Case No. 1:21-cv-00179-AMD-PK |

**PLAINTIFFS' NOTICE OF MOTION FOR APPROVAL OF THE AMENDED SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS**

Plaintiff, Ullah Mohammad by and through his counsel, move this the Court, respectfully before the Honorable Judge Peggy Kuo, for approval of the amended settlement agreement pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, and request that the Court enter an order: (1) finding the settlement fair and reasonable; (2) approving the Amended Settlement Agreement between Plaintiff and Defendants; and (2) dismissing with prejudice the claims of Plaintiff against Defendants. The instant Motion is accompanied by Plaintiffs' Memorandum of Law in Support thereof, the Declaration of Charles Gershbaum in support and associated exhibits attached thereto.

Dated: New York, New York
        August 4, 2022

Respectfully submitted,

/s/    *Charles Gershbaum*
Charles Gershbaum
E-mail: cgershbaum@hgrlawyers.com
Marc S. Hepworth
E-mail: mhepworth@hgrlawyers.com
David A. Roth
E-mail: droth@hgrlawyers.com

Rebecca S. Predovan
E-mail: rpredovan@hgrlawyers.com
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August, 2022, I served a true copy of the Notice of Motion on all counsel of record via the Court's Electronic Case Filing System.

s/*Charles Gershbaum*
Charles Gershbaum, Esq.